**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**


Momo Enterprises, LLC, et al.

                                        Plaintiff,

v.                                                    Case No.: 1:15–cv–11074
                                                      Honorable Sharon Johnson Coleman

Banco Popular of North America, et al.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Saturday, September 30, 2017:


        MINUTE entry before the Honorable Sharon Johnson Coleman: This Court grants
the Bank Defendants' motion for sanctions [67], KSN's motion for sanctions [89], and
Defendants' motion to strike [144]. Plaintiffs' cross– sanctions motion [139] is denied in
part and stricken in part and North American Title Co.'s motion [142] is stricken as moot.
Enter Memorandum Opinion and Order. Mailed notice (rth)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.